IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC BERNARD ROSE,  )  <br>   Plaintiff(s),  ) <br>  ) <br> vs.  ) <br>  ) <br> LAURIE SMITH, et al.,  ) <br>  ) <br>   Defendant(s).  ) <br> _____  ) | No. C 06-3867 CRB (PR) <br><br> ORDER |

     Per order filed on January 14, 2008, the court granted Santa Clara County Sheriff Laurie Smith's motion for summary judgment on the ground that there is no evidence that any act and/or omission of hers caused plaintiff to suffer any constitutional violation because she did not (and does not) have the authority to determine plaintiff's housing classification, oversee the county jail's daily operation or promulgate county department of correction policies.  The court also afforded plaintiff a final opportunity to ascertain a current address for former chief of correction Jim Babcock so the court may order the United States Marshal to serve him.  The court explained that Babcock could not be served at the office of the chief of correction because he has not been employed with the county department of correction for some time, but that plaintiff might seek a current address for Babcock from the human resources office for the county department of correction.  The court made clear that failure to submit a current address within 60 days would result in the dismissal without prejudice of Babcock.

1  More than 70 days have elapsed; however, plaintiff has not submitted an
2  address for Babcock nor sought a further extension of time to do so.  Babcock is
3  DISMISSED without prejudice.
4  The clerk is instructed to enter judgment in favor of Smith, dismiss
5  Babcock without prejudice and close the file.
6  SO ORDERED.
7  DATED:  April 3, 2008
   　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
8  　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.06\Rose1.dismissal.wpd